IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA SALTER, as administratrix for the Estate of William Scott Salter, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACTION NO. 12-00174-CG-N ) |
| EDWIN BOOKER, et al., | ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 24, 2013, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that:

1. The motion to dismiss filed by the United States and Monica Johnson (doc. 92) is hereby **GRANTED** and all claims against the United States and Monica Johnson are hereby **DISMISSED** pursuant to 42 U.S.C. § 233(a).

2. The motion to dismiss filed by Defendant Sheriff Booker (doc. 89) is hereby **GRANTED** to the extent that plaintiff's state law claim for wrongful death is **DISMISSED,** but that the motion is hereby **DENIED** with respect to all other claims.

3. The motion to dismiss filed by Defendants Tyrone Boykin, M.A. Mitchell, Steve Messer, Alisha Brown, Greg Harrelson, Donna Cobb, Melissa Trannum, Shirley Trent and Jennifer Wright (doc. 90) is hereby **GRANTED** to the extent that plaintiff's state law claim for wrongful death against Chief Deputy Tyrone Boykin is **DISMISSED,** but that the motion is hereby **DENIED** with respect to all other claims against Chief Deputy Boykin and all claims against M.A. Mitchell, Steve Messer, Alisha Brown, Greg Harrelson, Donna Cobb, Melissa Trannum, Shirley Trent and Jennifer Wright.

**DONE** and **ORDERED** this 17th day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE