IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRENDA SALTER, as** | ) | |
| **administratrix for the Estate of** | ) | |
| **William Scott Salter,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0174-CG-N |
| | ) | |
| **ELAINE STINSON BOOKER, as the** | ) | |
| **administratix for the Estate of** | ) | |
| **Edwin Booker, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon due consideration of the parties' Stipulation of Dismissal of Jennifer Wright (Doc. 150), the Plaintiff's claims against said Defendant are hereby **DISMISSED with prejudice** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  Each party shall bear her own costs.

**DONE and ORDERED** this 9th day of November, 2015.

                                          /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE